WILLIAMS, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Will C. Gobel* of Milwaukee.
For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.
For the respondents town of Wauwatosa and Bankers Indemnity Insurance Company: *Harry V. Meissner* of Milwaukee.

*By the Court.*—Judgment affirmed.